**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Veronica Smith | § | |
| | § | |
| *versus* | § | Civil Action 4:21−cv−00179 |
| | § | |
| Wal−Mart Stores Texas, LLC | § | |

# Notice of Reassignment

This case is reassigned to Judge Lee H Rosenthal.

Entered:  January 22, 2021                                          Nathan Ochsner, Clerk